In the Matter of Proving the Will of ARTHUR H. GAFFKEN, Deceased.

MARY L. GAFFKEN, Appellant; JOHN C. BORGES, Respondent.

(Submitted July 12, 1922; decided July 12, 1922.)

Motion to amend remittitur denied. (See 233 N. Y. 688.)

---

In the Matter of the Application of LOEW'S BUFFALO THEATRES, INC., Respondent, for the Removal of GOLDE CLOTHES SHOP, INC.,Appellant, from Certain Premises.

(Submitted July 12, 1922; decided July 12, 1922.)

Motion to amend remittitur denied, with ten dollars costs. (See 233 N. Y. 495.)

---

HENRY MANDEL, Appellant, v. GUARDIAN HOLDING COMPANY, INC., Respondent, Impleaded with Another.

*Appeal — judgment entered upon failure to amend complaint, as permitted, after affirmance by Appellate Division of order granting motion for judgment on pleadings — appeal may not be taken therefrom to Court of Appeals.*

*Mandel* v. *Guardian Holding Co., Inc.,* 200 App. Div. 767, appeal dismissed.

(Submitted July 12, 1922; decided July 12, 1922.)

MOTION to dismiss an appeal from a judgment entered June 23, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an order of Special Term granting a motion for judgment on the pleadings.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to review the judgment appealed from.

*Robert E. McLear* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.